# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RAVINDER REDDY ALLALA**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　Case No.:  8:12-cv-2906-T-30EAJ

**UNITED STATES OF AMERICA**

        **Defendant.**

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One** Case. All parties must meet any requirements established in Local Rule 3.05 for cases designated as track one. Plaintiff(s) is responsible for serving a copy of this notice on all other parties.

                                      SHERYL L. LOESCH, CLERK

                                      By:    S. Boswell, Deputy Clerk

Date:   December 31, 2012