UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVINDER REDDY ALLALA,

    Petitioner,

v.                                            CASE NO. 8:12-CV-2906-T-30EAJ
                                            CRIM. CASE NO. 8:11-CR-222-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before the Court are Petitioner's *pro se*[1] Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 ("motion") challenging his 2012 plea-based convictions for making a false statement on an immigration document and conspiring to make a false statement on an immigration document (CV Dkt. 1), and Memorandum of Points and Authorities in Support of Motion to Vacate Set Aside, or Correct Sentence Pursuant to Title 28 U.S.C. 2255 (CV Dkt. 2).

UPON consideration, and in accordance with the *Rules Governing Section 2255 Cases in the United States District Courts*, the Court **ORDERS** that:

    (1) The Government shall show cause within **SIXTY (60) DAYS** from the date of this Order

---

[1] Petitioner is cautioned that although you are appearing *pro se*, you are required to comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Rules Governing Section 2255 Cases (2012). Failure to do so could result in sanctions, including dismissal of your claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Petitioner must also provide a self-addressed envelope with sufficient postage affixed thereto. The Local Rules measure 8 ½" x 11" x ½". A copy of the Local Rules may be found in the institution's law library.

why the relief sought in the motion should not be granted.

(2) As part of the initial pleading required by paragraph (1) of this Order, the Government shall also:

(A) State whether Petitioner has filed any prior post-conviction motions;

(B) Procure transcripts and/or narrative summaries in accordance with Rule 5(c) of the *Rules Governing Section 2255 Cases in the United States District Courts*, if the transcripts and/or summaries are not on file. The Government is specifically directed to file a transcript of the change of plea hearing;

(C) Obtain an affidavit from Petitioner's counsel in the underlying criminal matter which addresses any and all allegations of ineffective assistance of counsel;

(D) Summarize the results of any direct appellate relief sought by Petitioner. The Government shall cite to the record and include copies of appellant and appellee briefs from every appellate proceeding.[2]

(3) Henceforth, Petitioner shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government attorney listed in the bottom of this Order. **Should Petitioner fail to include the required certificate of service the Clerk of this Court is directed to reject the document for filing and return the document without action.**

---

[2] The Government shall also indicate whether each claim was raised on direct appeal. If any of the claims were not raised on direct appeal, the Government shall indicate whether it waives the defense concerning the failure to raise the claim on direct appeal. *See Cross v. United States*, 893 F.2d 1287, 1289 (11th Cir. 1990). If any of the claims were raised on direct appeal, the Government shall indicate whether it waives the defense concerning the relitigation of claims that were previously raised and disposed of on direct appeal. *See United States v. Rowan*, 663 F.2d 1034, 1035 (11th Cir. 1981).

(4) Petitioner shall advise the Court of any change of address. Failure to do so will result in the case being dismissed for failure to prosecute.

(5) Petitioner may have **THIRTY (30) DAYS** after the date the Government files its response to file a reply thereto.

**DONE AND ORDERED** in Tampa, Florida, on January 3, 2013.

ELIZABETH A. JENKINS
United States Magistrate Judge

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
I. Randall Gold, AUSA

3