UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVINDER REDDY ALLALA,  :
    Petitioner,  :
                         :    Case No. 8:12-cv-2906-T-30EAJ
v.  :
                         :
UNITED STATES OF AMERICA,  :
    Respondent.  :

## UNITED STATES' MOTION FOR EXTENSION OF TIME

The United States of America, by and through the undersigned Assistant United States Attorney, Sara C. Sweeney, files this Motion for Extension of Time within which to file a response to the 28 U.S.C. § 2255 motion filed by Ravinder Reddy Allala (hereinafter "Allala"), and as grounds therefore would state:

1.    On December 26, 2012, Allala filed his 28 U.S.C. § 2255 motion. D–cv-1, D-cv-2.

2.    This Court directed the government to file a response by March 3, 2013. D-cv-5.

3.    In his motion, Allala alleges his counsel's representation was constitutionally deficient and amounts to a conflict of interest by advising Allala to plead guilty pursuant to a plea agreement. Ground One, D-cv-1 at 4, D-cv-2 at 4-7. In Ground Two, Allala alleges ineffective assistance by counsel's purported failure to "advise Mr. Allala as to all facts and law relevant to his decision to plead guilty" including failing to advise Allala of the immigration consequences to his plea amounts to due process error. D-cv-1 at 5, D-cv-2 at 7-9. Allala claims he was improperly enhanced

for his role in the offense and alleges his counsel's failure to "present evidence and legal authority" to this Court constitutes ineffective assistance of counsel. Ground Three, D-cv-1 at 7, D-cv-2 at 9-11. Lastly, Allala claims ineffective assistance of counsel by the "Cumulative Impact of Multiple Deficiencies of Errors by Counsel" including failing to "request[ ] discovery," "adequately research, investigate, and otherwise prepare for sentencing." Ground Four, D-cv-1 at 8, D-cv-2 at 11-13.

4. The government has ordered a copy of Allala's change of plea transcript to be prepared. The government is also in contact with Allala's former counsel to prepare an affidavit answering Allala's claims pursuant to this Court's January 3, 2013 order.

5. The government now seeks an extension of 45 days from March 3, 2013 until April 18, 2013, within which to file its response to Allala's motion. This additional time is needed to receive the transcript and the affidavit from counsel, as well as to prepare our response and thoroughly review the necessary transcripts, case files, records and evidence.

6. The government did not confer with Allala about this motion due to his distant location, but fairly believes that he would oppose it.

7. Counsel certifies that this motion is not filed for purposes of delay or failure to diligently pursue this matter.

2

## MEMORANDUM OF LAW

A motion for an extension of time to engage in an action is committed to the sound discretion of the Court. Thus, the Court, for cause shown, may at any time in its discretion order a period enlarged if a request is made prior to the expiration of the period originally prescribed. Fed. R. Cr. P. 45(b). In addition, Local Rule 3.09 provides that the Court may grant a continuance for good cause. This motion is not made for the purpose of unnecessary delay. Rather, as set forth above, the motion is made for good cause and in good faith, and will not materially prejudice the rights of any party.

WHEREFORE, the United States of America, by and through the undersigned Assistant United States Attorney, moves this Court for an extension of time until April 18, 2013, to file the government's response to Allala's motion.

                Respectfully submitted,

                ROBERT E. O'NEILL
                United States Attorney

By:   *s/Sara C. Sweeney*
       SARA C. SWEENEY
       Assistant United States Attorney
       United States Attorney No. 0000119
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6178
       E-mail: sara.sweeney@usdoj.gov

**Allala v. United States**          Case No. 8:12-cv-2906-T-30EAJ

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant:

>Ravinder Reddy Allala
>Prisoner No. 62774-019
>CI D. Ray James
>Correctional Institution
>P.O. Box 2000
>Folkston, GA  31537

By:   *s/Sara C. Sweeney*
SARA C. SWEENEY
Assistant United States Attorney
United States Attorney No. 0000119
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6178
E-mail:  sara.sweeney@usdoj.gov