UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVINDER REDDY ALLALA

v.                                                    CASE NO. 8:12-CV-2906-T-30EAJ

UNITED STATES OF AMERICA

## ORDER

Now pending is the Government's Motion for an Order Requiring Former Defense Counsel to Disclose the Substance of his Communications with his client and to Provide an Affidavit.  Upon due consideration, the Court finds that, with respect to the claims raised by Petitioner Allala in his motion pursuant to 28 U.S.C. §2255, the attorney-client privilege has been waived.

It is ORDERED that the Government's Motion is GRANTED, and further ORDERED that:

(1)   Attorney Jay Strongwater provide an affidavit discussing his communications with Petitioner Allala relevant to the following issues: the purported conflict of interest in negotiating the plea, the purported lack of advice concerning the immigration consequences of pleading guilty, the purported lack of investigation and legal research concerning Allala's Guidelines calculation, and the allegation that counsel "never requested discovery," resulting in Allala receiving a

higher sentence from lack of investigation concerning the number of fraudulent visa petitions he was held accountable for at sentencing;

(2)     that attorney Strongwater produce any records, including correspondence, relevant to the above claims; and

(3)     that the affidavit and materials be provided to the government by April 5, 2013.

DONE and ORDERED at Tampa, Florida, this 27 day of February 2013.

_____