RAVINDER REDDY ALLALA
Movant pro se,
Fed. Reg. No: 62774-019
D Ray James Correctional Facility
PO Box 2000.
Folkston, GA 31537

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent,<br>vs.<br>RAVINDER REDDY ALLALA,<br>    Movant. | Case No.:<br>8:11-CR-222-T-30EAJ<br>Civil Action<br>No:8:12-cv-02906-JSM-EAJ |

## MOTION FOR EXTENSION
### (Second Request)

COMES NOW, RAVINDER ALLALA, MOVANT in the foregoing civil action who respectfully moves this Honorable Court for an Extension of Time to Reply to the Counsel's Affidavit and the Governments Response to his Motion under 28 USC Section 2255.

Movant, because of his location expresses to the court that the access to law library,hours, copy machines and other materials is not as readily available as he needs in order to complete his work within the required time. This s the reason Movant originally requested sixty (60) days in which to be allowed time to address in rebuttal the issues and voluminous exhibits reflected in the Affidavit of previous Counsel, Jay Strongwater and the Government's Response.

Movant reiterates that he is pro se and at a strong disadvantage in researching case law reflected is the Response, as well as reviewing emails of his own which he may choose to use as Exhibits to rebut those of previous counsel, some of which the Movant has never seen and is unaware existed.

- 1

Movant also needs additional time to gather Affidavit's supporting his claims from individuals who have personal knowledge of his experience regarding his efforts to establish his claims.

This Motion is filed in good faith, not with any intention to delay or hinder the court. No previous extensions of time have been requested of the court.

WHEREFORE PREMISES CONSIDERED, Movant herein requests;

(a) An extension of Twenty (20) days from the date of July 31, up to and including August 20, 2013, in which to continue review the Response, Counsel's Affidavit, emails and to formulate and prepare a Reply to the Government's Response and Counsel's Affidavit;

(b) and any other relief the court deems just and proper to make.

Respectfully Submitted,

Dated this 15 day of July 2013.

RAVINDER REDDY ALLALA
Movant pro se
Fed. Reg. No: 62774-019
*D Ray James Correctional Facility*
PO Box 2000.
Folkston, GA 31537

# CERTIFICATE OF SERVICE

Case No.: **8:11-CR-222-T-30EAJ**
**Civil Action :No:8:12-cv-02906-JSM-EAJ**

I, RAVINDER ALLALA, Fed. Reg.# 62774-019 , Movant, in the foregoing action state that I have caused to be served a true and correct copy of the following;

MOTION FOR EXTENSION OF TIME TO FILE REPLY

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

**Sara C. Sweeney,**
**Assistant United States Attorney**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602

and deposited same in the legal mail deposit box at the D Ray James Correctional Facility, Folkston, GA 31537, the on the 15TH day of July, 2013.

I have read the foregoing and state the facts under personal knowledge are true and correct.

Executed this 15th day of July, 2013,  under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

_____
RAVINDER REDDY ALLALA

Movant pro se,

- 3 -

Fed. Reg. No: 62774-019
D Ray James Correctional Facility
PO Box 2000.
Folkston, GA 31537