UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVINDER REDDY ALLALA,

    Petitioner,

v.                                                CASE NO. 8:12-CV-2906-T-30EAJ
                                                   CRIM. CASE NO. 8:11-CR-222-T-30EAJ
UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's Statement of Disputed Issues of Material Facts and Exhibits, Rebutting Counsel's Exhibits (Dkt. 19). Petitioner previously filed a reply to the Respondent's response (see Dkt. 17), and Petitioner did not move for leave of Court to file an amended reply.[1]

ACCORDINGLY, the Court **ORDERS** that Petitioner's Statement of Disputed Issues of Material Facts and Exhibits, Rebutting Counsel's Exhibits (Dkt. 19) is **STRICKEN** as unauthorized.

**DONE AND ORDERED** in Tampa, Florida, on _August 12th_, 2013.

_____
ELIZABETH A. JENKINS
United States Magistrate Judge

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record

---

[1] See Local Rule 3.01(d) ("No party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave.").