# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION


RAVINDER REDDY ALLALA,

     Petitioner,

v.                                                    CASE NO. 8:12-CV-2906-T-30EAJ
                                               CRIM. CASE NO. 8:11-CR-222-T-30EAJ

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER

     Before the Court is Petitioner's Motion for Leave to File Amended Reply ("motion") (CV Dkt. 21).   Upon consideration, the Court **ORDERS** that Petitioner's motion is **GRANTED** to the extent that **on or before September 17, 2013**, Petitioner may file an amended reply that **does not exceed twenty (20) pages**.[1]

     **DONE** and **ORDERED** in Tampa, Florida on August 28, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record

---

[1]Petitioner is cautioned that if he files an amended reply, it will wholly supersede the original reply, and all arguments must be raised in the amended reply.  The Court will not consider Petitioner's arguments in the original reply, and Petitioner may not incorporate any part of the original reply by reference in the amended reply.